# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02766-CYC

JORGE LUIS VARONA QUINONES,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center;
GEORGE VALDEZ, in his official capacity as Field Office Director of the Denver Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement;
DAVID J. VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States;

     Respondents.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 7) by Magistrate Judge Cyrus Y. Chung entered on July 2, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED in part and DENIED without prejudice in part.

It is FURTHER ORDERED that this case is closed.

Dated this 16th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: _____
S. Price Deputy Clerk